

**ORDERED in the Southern District of Florida on March 8, 2013.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                               Case No.:12-39909-BKC-LMI

JUAN GONZALEZ,                         Chapter 7
LEYDIS LEYVA,
         Debtor.
_____/

### ORDER APPROVING TRUSTEE'S EX PARTE
### MOTION TO VACATE ORDER GRANTING MOTION TO COMPROMISE
### CONTROVERSY

THIS CAUSE came before the Court on Drew M. Dillworth, Trustee's Ex-Parte Motion (ECF 21) to To Vacate Order Granting Motion to Compromise Controversy(the "Motion"). The Court having reviewed the Motion, finding that the Motion is sufficient, does -

ORDER and ADJUDGE that the Motion vacating the Ex-Parte Order is Granted and the Clerk of Court shall upload the correct Order once submitted to the Court.

###

Submitted by/Copy to:
Drew M. Dillworth, Trustee
(Trustee Dillworth shall serve copies of this order on all interested parties and file a certificate of service.)

@PFDesktop\::ODMA/MHODMA/DMS;ACTIVE;2731416;1