**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourt.gov**

In re:                                                                                  Case No.: 12-39909-LMI

JUAN A. GONZALEZ,                                                    Chapter 7
LEYDIS LEYVA,
        Debtor(s).
_____/

**TRUSTEE'S NOTICE OF COMPLIANCE**

      The undersigned duly appointed, qualified, and acting chapter 7 bankruptcy trustee of the above referenced estate, hereby files this notice of compliance of purchase of the estate's interest in certain over-exempt property.

      During my administration of the case, I reached a settlement with the Debtors whereby the Debtors repurchase over-exempt property (*See ECF 13 and 26*). After giving effect to alterations, if any, as referred to on the docket, the Debtors fully complied with the purchase agreement as reflected on Forms 1 and 2 filed with the Court.

Respectfully submitted,

BY   /s/ Drew M. Dillworth, Trustee
      DREW M. DILLWORTH, TRUSTEE
      Museum Tower, Suite 2200
      150 West Flagler Street
      Miami, Florida 33130
      Telephone:   (305) 789-3598
      Facsimile:     (305) 789-3395