**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on April 12, 2016**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–39909–LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Juan A Gonzalez
15399 SW 69 Ln
Miami, FL 33193

SSN: xxx–xx–1462

Leydis Leyva
15399 SW 69 Ln
Miami, FL 33193

SSN: xxx–xx–3715

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.